UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:09-cr-95-TRM-SKL-09 |
| | ) | |
| TROY SMITH | ) | |

## MEMORANDUM AND ORDER

TROY SMITH ("Defendant") appeared for a hearing on April 19, 2016, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant waived his right to a preliminary hearing and a detention hearing.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge McDonough.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge McDonough is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing set before **District Judge McDonough on Friday, May 6, 2016 at 2:00 p.m**.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE